UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI, | No. 2:25-cv-1941 CKD P |
| Petitioner, | |
| v. | ORDER |
| DEL NORTE COUNTY DISTRICT ATTORNEY'S OFFICE, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges the execution of his sentence. As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at Pelican Bay State Prison in Del Norte County. Del Norte County lies within the jurisdiction of the United States District Court for the Northern District of California.

In the interest of justice, this court may transfer this action "to any other district where it might have been brought." 28 U.S.C. § 1404(a). For the reasons set forth above, the most appropriate forum for the instant action is the district where petitioner is confined.

/////

/////

/////

1

1  In accordance with the above, IT IS HEREBY ORDERED that this matter is transferred to
2  the United States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28
3  U.S.C. § 1406(a).
4  Dated:  July 17, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
isel1941.108b

2